UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY MCKENNA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES CRONIN; BRIAN MCDONALD;<br>STEPHEN CRONIN; CRAIG KOLOS and<br>DOES 1 to 100, inclusive,<br><br>    Defendants. | No. C-06-5874 SC<br><br>ORDER CONTINUING<br>HEARING ON MOTION FOR<br>GOOD FAITH SETTLEMENT |

Upon reviewing the stipulation of the parties, the declaration of Bryan D. Lamb, and the file in this matter, it is ordered that:

The hearing on Defendant's Motion for Good Faith Settlement Determination is continued from August 3, 2007 to Sept. 27, 2007.

IT IS SO ORDERED.

Dated: August 1, 2007

_____
UNITED STATES DISTRICT JUDGE