UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MOLLY MCKENNA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES CRONIN; BRIAN MCDONALD; STEPHEN CRONIN; CRAIG KOLOS and DOES 1 to 100, inclusive,<br><br>    Defendants. | No. C-06-5874 SC<br><br>AMENDED ORDER CONTINUING HEARING ON MOTION FOR GOOD FAITH SETTLEMENT |

Upon reviewing the stipulation of the parties, the declaration of Bryan D. Lamb, and the file in this matter, it is ordered that:

The hearing on Defendant's Motion for Good Faith Settlement Determination is ADVANCED from Sept. 27, 2007 to Sept. 21, 2007.

IT IS SO ORDERED.

Dated: August 2, 2007

_____
UNITED STATES DISTRICT JUDGE