**EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP**
Raymond M. Paetzold (Bar # 77678)
Andrew I. Port (Bar # 120977)
Jared A. Washkowitz (Bar # 226211)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Tel. (415) 227-9455
Fax (415) 227-4255

Attorneys for Petitioners/Claimants JAMES CRONIN
and BRIAN MCDONALD and Claimant STEVEN CRONIN

**JONES, CLIFFORD, JOHNSON & JOHNSON, LLP**
Steger P. Johnson (Bar # 83421)
Bryan D. Lamb (Bar # 197675)
100 Van Ness Avenue, 19th Floor
San Francisco, CA 94102
Tel. (415) 431-5310
Fax (415) 431-2266

Attorneys for Claimant MOLLY McKENNA

**LOW, BALL & LYNCH**
Steven D. Werth (Bar #121153)
Guy W. Stilson (Bar #142194)
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
Tel. (415) 981-6630
Fax (415) 982-1634

Attorneys for Petitioner/Claimant JOHN DEFREITAS
and Claimant CRAIG KOLOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In the Matter of<br><br>The complaint of JAMES CRONIN and BRIAN MCDONALD, as owners of the 21' 2005 Mastercraft Prostar 209 vessel bearing Hull No. MBCMTLZZD505, for exoneration from or limitation of liability.<br><br>In the Matter of<br><br>The complaint of JOHN DEFREITAS, as owner of the 21' 2004 Malibu VLX vessel bearing Hull No. MB2K7976B404 for exoneration from or limitation of liability. | Case No.: C 06-02945 SC<br>Case No.: C 06-05874<br>Related Cases<br><br>JOINT CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER<br><br>DATE: September 21, 2007<br>TIME: 10:00 a.m.<br>COURTROOM: 1, FLOOR 17<br><br>HON. SAMUEL CONTI |

The parties to the above-entitled related actions submit this Joint Case Management Statement and Proposed Order pursuant to Civil Local Rule 16-10(d):

**UPDATE SINCE 7/13/07 STATEMENT AND CASE MANAGEMENT CONFERENCE**

1. A global settlement has been achieved. The parties have agreed to the amount of the settlement, and are awaiting Molly McKenna's decision on how payments should be structured. The parties expect to execute a general release when the settlement is finalized, and will dismiss all pending federal and state actions with prejudice, each party to bear his/her own costs. The parties request a 60-day continuance of the case management conference so that this settlement can be finalized.

Dated: September 13, 2007        EMARD DANOFF PORT TAMULSKI
                                 & PAETZOLD LLP

                                 By:    /S/ Raymond M. Paetzold
                                    Raymond M. Paetzold
                                    Andrew I. Port
                                    Jared A. Washkowitz
                                    Attorneys for Petitioners/Claimants JAMES
                                    CRONIN and BRIAN MCDONALD

Dated: September 13, 2007        JONES, CLIFFORD, JOHNSON & JOHNSON, LLP

                                 By:    /S/ Bryan D. Lamb
                                    Steger P. Johnson
                                    Bryan D. Lamb
                                    Attorneys for Claimant MOLLY MCKENNA

Dated: September 13, 2007        LOW, BALL & LYNCH

                                 By:    /S/ Steven D. Werth
                                    Steven D. Werth
                                    Guy W. Stilson
                                    Attorneys for Petitioner/Claimant JOHN DEFREITAS
                                    and Claimant CRAIG KOLOS

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

## CASE MANAGEMENT ORDER

A further case management conference is scheduled for Nov. 30, 2007 @ 10:00 a.m. Parties are to file one Joint Case Management Conference Statement seven days prior to the conference.

IT IS SO ORDERED.

Dated: 9/17/07



UNITED STATES DISTRICT JUDGE
Judge Samuel Conti

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105